**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Todd BAINES, Defendant–Appellant.**

No. 03–10689.
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

Feb. 18, 2004.

Nancy E. Larson, Assistant US Attorney, Bret E. Helmer, US Attorney's Office, Northern District of Texas, Fort Worth, TX, for Plaintiff–Appellee.

Todd Baines, #26122-177, pro se, US Penitentiary Beaumont, Beaumont, TX, Defendant–Appellant.

Before HIGGINBOTHAM, EMILIO M. GARZA, and PRADO, Circuit Judges.

PER CURIAM.*

The Federal Public Defender, court-appointed counsel for Todd Baines, has moved for leave to withdraw from this appeal and has filed a brief as required by *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Baines has received a copy of counsel's motion and brief but has not filed a response. Our independent review of the brief and the record discloses no nonfrivolous issue. Accordingly, counsel's motion for leave to

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.